UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6007-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRITZ LAFONTANTE,
        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE was referred to United States Magistrate Judge Patrick White to submit a Report and Recommendation to this Court as to whether an extension of time to appeal based on excusable neglect or good cause is warranted. The defendant filed objections to the Report and Recommendation **[D.E. #1369]**. Therefore, it is

**ORDERED and ADJUDGED** that the Court **ADOPTS** the Report and Recommendation of Magistrate Judge White **[D.E. #1368]** finding that the notice of appeal is untimely and the defendant has not shown good cause on excusable neglect. Defendant's motion for certificate of appealabilty **[D.E. #1353]** is **DENIED**.

DONE and ORDERED in Miami-Dade County Florida this 5 day of January, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Fritz Lafontante, pro se
Reg. #50069-004
F.C.I. – Oakdale
Inmate Mail/Parcels
P.O. Box 5000
Oakdale, LA 71463