United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) ) |
| v. | ) ) Criminal Case No. 97-06007-CR-Scola ) |
| Fritz Lafontante, Defendant. | ) ) ) |

## Order Denying Motion for Reconsideration

    This matter is before the Court upon Defendant Fritz Lafontante's motion for reconsideration of the Court's order denying his motions for appointment of counsel and compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Order, ECF No. 1533.) In its order, the Court denied Lafontante's motion to appoint counsel "because there [was] nothing complex [in Lafontante's case] about filing a motion for compassionate release which warrants appointment of counsel." (Order at 4.) The Court also denied Lafontante's motion for compassionate release because he did not establish medical circumstances warranting his release, and the 18 U.S.C. § 3553(a) factors weighed against his release. (*Id.* at 3.)

    Lafontante's motion for reconsideration raises matters that were considered by the Court in its original order and thus do not warrant reconsideration. *See United States v. Elso*, Case No. 03-20272-CR-SEITZ/MCALILEY, 2017 WL 8320166, at *1 (S.D. Fla. May 21, 2017) ("Because reconsideration of a previous order is an extraordinary remedy to be employed sparingly, only a change in the law, or the facts upon which a decision is based, will justify a reconsideration of a previous order." (cleaned up)). Moreover, the § 3553(a) factors still weigh against Lafontante's release.

    Therefore, the Court **denies** Lafontante's motion (**ECF No. 1533**).

    **Done and ordered** in Miami, Florida, on January 8, 2025.

                                                            Robert N. Scola, Jr.
                                                            United States District Judge